IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ANDREW MECHLER, *on behalf of himself and others similarly situated*, | § § § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:17-CV-786-RP |
| ALAMO DRAFTHOUSE CINEMAS, LLC, *d/b/a* ALAMO DRAFTHOUSE SOUTH LAMAR; and ALAMO SOUTH LAMAR L.P., *also known as* ALAMO DRAFTHOUSE; | § § § § § § | |
| Defendants. | § § | |

## **FINAL JUDGMENT**

On this date, the plaintiff dismissed with prejudice all claims against the defendant in this case pursuant to Federal Rule of Civil Procedure 41(a)(2). As nothing remains to resolve, the Court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is **CLOSED**.

**IT IS ORDERED** that each party bear its own costs.

**SIGNED** on January 22, 2019.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE